Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re<br>Mario P Robles<br>Glenia M Robles<br><br>debtor(s) | Chapter 13 Case No. 12-48141-WJL13 |
|---|---|

**Trustee's Motion and Declaration to**
**Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

    Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing these proceedings pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following reasons:

The Debtors failed to disclose their timeshare at the beginning of the case. Amended schedule B (doc. #53) values the timeshare at $20,000. The Debtors have not sought to exempt this asset, and they are unwilling to file a motion to modify plan to increase payments to unsecured creditors.

    NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: December 21, 2015 | /s/ Martha G. Bronitsky |
| | Signature of Martha G. Bronitsky |
| | Chapter 13 Standing Trustee |

In re

Mario P Robles
Glenia M Robles
         debtor(s)

Chapter 13 Case No. 12-48141-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Mario P Robles | David Ashley Smyth Atty |
| Glenia M Robles | 3478 Buskirk Ave #1000 |
| 1120 Cottage Lane | Pleasant Hill,CA 94523-4378 |
| Hercules,CA 94547 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |
| Date: December 21, 2015 | /s/ Selesia Fredotovich |
| | Selesia Fredotovich |